# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL JURY DIVISION – LEXINGTON DOCKET

| | |
|---|---|
| SABINA ANDERSON, PAUL PRESTARRI, and COLE HOWARD, On Behalf of Themselves and All Others Similarly Situated,<br><br>     *Plaintiffs*,<br><br>v.<br><br>BLUEGRASS HOSPITALITY GROUP, LLC and BLUEGRASS HOSPITALITY MANAGEMENT, LLC,<br><br>     *Defendants*. | )<br>)<br>)<br>)<br>)   **COLLECTIVE ACTION**<br>)<br>)   **CASE NO. 5:24-cv-00110-GFVT**<br>)<br>)   **JUDGE VANTATENHOVE**<br>)<br>)   **JURY DEMAND**<br>)<br>) |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiffs hereby file the following Notice of Consent form, in accordance with 29 U.S.C. § 216(b), in connection with the above-titled and numbered action, attached hereto as Exhibit A:

1. John Caleb Harmon

Date: May 29, 2024

Respectfully submitted,

/s/ Nicole A. Chanin
**DAVID W. GARRISON (KY Bar No. 98258)**
**JOSHUA A. FRANK (TN Bar No. 33294)***
**NICOLE A. CHANIN (TN Bar No. 040239)***
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this *Notice of Filing Notice of Consent* was filed electronically with the Clerk's office by using the CM/ECF system on May 29, 2024 and will be served upon the Defendants via the CM/ECF filing system as indicated below:

**LaToi D. Mayo**
LITTLER MENDELSON, P.C.
333 West Vine Street, Suite 1720
Lexington, KY 40507
Telephone: 859.317.7970
Facsimile: 859.422.6747
lmayo@littler.com

**David B. Jordan**
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010.3031
Telephone: 713.951.9400
Facsimile: 713.951.9212
djordan@littler.com

**Pierre-Joseph Noebes**
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361
pnoebes@littler.com

*Attorneys for Defendants*

                /s/ Nicole A. Chanin