# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL JURY DIVISION – LEXINGTON DOCKET

| | | |
|---|---|---|
| SABINA ANDERSON, PAUL PRESTARRI, and COLE HOWARD, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) | CLASS AND COLLECTIVE ACTION |
| Plaintiffs, | ) ) | CASE NO. 5:24-cv-00110-GFVT |
| v. | ) ) | JUDGE VANTATENHOVE |
| BLUEGRASS HOSPITALITY GROUP, LLC and BLUEGRASS HOSPITALITY MANAGEMENT, LLC, | ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent to become a party plaintiff in the above-captioned lawsuit asserting claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, and the Kentucky Wages and Hours Act ("KWHA"), KRS 337.010 *et seq.* I designate the Named Plaintiffs listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 09/01/24

SIGNATURE

Bradley Quenemoen

NAME (Please Print Clearly)

> PLAINTIFF SHOULD COMPLETE CONTACT
> INFORMATION ON REVERSE SIDE